E-FILED
Monday, 24 June, 2019 04:53:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
for the Central District of Illinois

Ralph E. Peterson
Plaintiff,

v.

Case No. 19-2167

County of Champaign
Defendant(s).

FILED
JUN 24 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:


II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of _Illinois_ (state), who resides at _3307 E. Airport Rd., Urbana, Ill. 61802_ alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant _Brian McPheters_ is employed as a
   (a) (Name of First Defendant)
_Associate judge (now retired)_
   (b) (Position/Title)
with _Champaign County Circuit Court, 101 E. Main St._
   (c) (Employer's Name and Address)   _Urbana, Ill._

1

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

① I was denied my right of 7th ammendment, thus placing the trial outcome solely in hands of judge.
② Judge denied (ignored) non-existance of injury.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C. Defendant _County of Champaign_ is employed as a
    (a) (Name of Second Defendant)

_____
            (b) (Position/Title)

with _Champaign County, 101 E. Main, Urbana_
        (c) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D.  Defendant _____ is employed as a
(a) (Name of Third Defendant)

_____
(b) (Position/Title)

with _____.
(c) ) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:




☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:




**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

## III. PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in federal court? Yes ☐    ☒ No

B.  If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1.  Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2.  Date of Filing:

    3.  Case Number:

    4.  Jurisdiction/Court:

    5.  Name of Judge:

    6.  Issues Raised:

    7.  Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    8.  Date of Final Disposition:

IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about _Feb. 5, 2015_ (month, day, year), at approximately _8:30_ ☒ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) _Urbana, Ill._, in the County of _Champaign_, in the State of Illinois, at _101 E. Main St., Urbana_, where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

   ☐ searched plaintiff or his property without a warrant and without reasonable cause;

   ☐ used excessive force upon plaintiff;

   ☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

   ☐ failed to provide plaintiff with necessary medical care;

   ☒ conspired together to violate one or more of plaintiff's civil rights;

   ☐ other *(please explain)*: _____

2. Plaintiff was charged with one or more crimes, specifically:

   _____

3. The criminal proceedings *(check the box that applies)*:

   ☐ are still pending.
   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
   ☐ resulted in a finding of guilty on one or more of the charges.
   ☐ other: _____

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

1. On Feb. 5, 2015 a court session was held. Judge McPheters presided. I and states attorney stood side by side and the judge asked the states attorney (David Dethorne) if he wants a bench trial or a jury trial. Dethorne states "there has been no request for a jury". Judge states "OK. It's a bench trial then". I was prepared to ask for a jury trial but was never given the opportunity to express my desire.

2. On July 13, 2017 I told the judge that I had found an argument for the dismissal of all charges. I wrote out a 1 page paper explaining about Article III and turned it in to the judge about 2½ weeks later. Court was held on Oct. 16, 2017 in which I presented my case. The judge rejected my argument and found me guilty on 2 counts and fined me $10,000. The judge did not follow the

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

I, as the plaintiff in this case, was fined $10,000 plus costs.

7.  Plaintiff asks that this case be tried by a jury.  ☒ Yes    ☐ No

6

guidelines set forth in the U.S. Supreme Court case of Warth v. Seldin. This case set forth guidelines as to what was and what wasn't considered to be an injury.

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ _12,000_ to compensate for *(check all that apply)*:

    - ☐ bodily harm
    - ☒ emotional harm
    - ☐ pain and suffering
    - ☒ loss of income
    - ☒ loss of enjoyment of life
    - ☐ property damage

2. Punitive Damages:   ☐ Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: June 20, 2019

Signature of Plaintiff: Ralph E. Peterson

Plaintiff's Name *(print clearly or type)*: Ralph E. Peterson

Mailing Address: 3307 E. Airport Rd.

City: Urbana   State: Ill.   Zip: 61802

Plaintiff's Telephone Number: (217) 417-5771

7