Judgment in a Civil Case (02/11)

**E-FILED**
Monday, 01 July, 2019  03:45:43 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| **Ralph E. Peterson** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 19-cv-2167** |
| | ) | |
| **Champaign County Illinois, Brian** | ) | |
| **McPheters, Jamie Hitt** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that plaintiff's claim against the defendant is dismissed.

**Dated: 7/1/2019P**

s/ Shig Yasunaga

Shig Yasunaga
Clerk, U.S. District Court